# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHERYL RAMIREZ WYNTERS, JANICE RAMIREZ
COLLETT, MARILYN RAMIREZ WALKER, AND
MELANIE RAMIREZ BRIGHT

NO. 2021 CW 0768

VERSUS

OCT 1 2 2021

LAMORAK INSURANCE COMPANY, (AS SUCCESSOR
IN INTEREST TO THE LIABILITY FOR POLICIES
OF INSURANCE ISSUED BY COMMERCIAL UNION
INSURANCE COMPANY, EMPLOYERS COMMERCIAL
UNION INSURANCE COMPANY, AND AMERICAN
EMPLOYERS INSURANCE COMPANY); EAGLE, INC.
(FORMERLY, EAGLE ASBESTOS & PACKING
COMPANY, INC.); CBS CORPORATION (F/K/A
WESTINGHOUSE ELECTRIC CORPORATION);
FOSTER WHEELER, LLC; GENERAL ELECTRIC
COMPANY; JACOBS CONSTRUCTORS, INC. (F/K/A
H.E. WIESE, INC.); TAYLOR-SEIDENBACH,
INC.; ANCO INSULATIONS, INC.; THE MCCARTY
CORPORATION; TURNER INDUSTRIES GROUP, LLC
(SUCCESSOR BY MERGER TO NATIONAL
MAINTENANCE HOLDING COMPANY, LLC,
FORMERLY, NATIONAL MAINTENANCE
CORPORATION); FIREMAN'S FUND INSURANCE
COMPANY; UNIROYAL, INC.; LOUISIANA
INSURANCE GUARANTY ASSOCIATION;
CONTINENTAL CASUALTY COMPANY; EMPLOYERS
INSURANCE COMPANY OF WAUSAU; BAYER
CROPSCIENCE, INC. ( AS SUCCESSOR OF
LIABILITY TO RHONE-POULENC AG COMPANY
F/K/A AMCHEM PRODUCTS, INC., F/K/A
BENJAMIN FOSTER COMPANY); RILEY POWER,
INC. (FORMERLY BABCOCK BORSIG POWER,
INC., FORMERLY DB RILEY, INC., FORMERLY,
RILEY STOKER CORPORATION); THE TRAVELERS
INDEMNITY COMPANY; NEWTRON, LLC (F/K/A
NEWTRON, INC.); THE TRAVELERS CASUALTY &
SURETY COMPANY (F/K/A AETNA CASUALTY AND
SURETY CO.)

---

In Re:    General   Reinsurance   Corporation,   applying   for
          supervisory   writs,   19th   Judicial   District   Court,
          Parish of East Baton Rouge, No. 664726.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT